IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COTRELL T. KNIGHT, | ) | |
| Petitioner, | ) | 8:18CV347 |
| v. | ) | |
| ROBERT MADSEN, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Supplement (filing no. 4) is denied.

DATED this 13th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge